IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE CHARLES BROWN, | 1:13-cv-00077 GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| vs. | |
| MATTHEW CATES, et al., | |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on January 16, 2013, together with a certified copy of his prison trust account statement pursuant to 28 U.S.C. § 1915. However, Plaintiff has not submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **Plaintiff is not required to submit another copy of his trust account statement.**

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **January 17, 2013**                    /s/ **Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE